IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN T. FELLMY,
    Plaintiff,

vs.                                  CASE NO.:  3:05cv30/MCR/MD

T. HAMILTON, et al.,
    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 29, 2005.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause is dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim and the clerk is directed to close the file.

DONE AND ORDERED this 27th day of April, 2005.

           *s/ M. Casey Rodgers*
           M. CASEY RODGERS
           UNITED STATES DISTRICT JUDGE