IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN T. FELLMY,
       Plaintiff,

vs.                                    Case No. 3:05cv30/MCR/MD

T. HAMILTON, et al.,
       Defendants.
                                 /

## O R D E R

This cause is before the court upon plaintiff's motion for leave to appeal *in forma pauperis* (doc. 23). Plaintiff is appealing this court's order dismissing his civil rights complaint under 28 U.S.C. § 1915A(b)(1) for failure to state a claim.

Pursuant to 28 U.S.C. § 1915 and Fed.R.App.P. 24(a), this court hereby certifies that this appeal is NOT taken in good faith and plaintiff is NOT entitled to proceed on appeal *in forma pauperis*. The reasons for this court's decision are outlined in the Magistrate Judge's Report and Recommendation dated March 29, 2005 (doc. 5) and this court's Order dated April 27, 2005 (doc. 9) which adopted and incorporated the recommendation.

Accordingly, it is ORDERED:

Plaintiff's motion for leave to proceed *in forma pauperis* on appeal (doc. 23) is DENIED, and he is directed to pay the full appellate filing fee of $255.00 within thirty days from the date of this order.

DONE AND ORDERED this 3rd day of August, 2005.

                                                  *s/ M. Casey Rodgers*
                                                  M. CASEY RODGERS
                                                  UNITED STATES DISTRICT JUDGE